| *AO 10*<br>*Rev. 1/2019* | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>NORGLE, CHARLES R. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>5/14/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>219 SOUTH DEARBORN STREET<br>STE 2346<br>CHICAGO, IL 60604-1844 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORGLE, CHARLES R.** | 5/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORGLE, CHARLES R.** | 5/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE CREDIT CARD | CONSUMER CREDIT | J |
| 2. | BANK OF AMERICA CREDIT CARD | CONSUMER CREDIT | J |
| 3. | CITIBANK CREDIT CARD | CONSUMER CREDIT | J |
| 4. | AMERICAN EXPRESS CREDIT CARD | CONSUMER CREDIT | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CHINA TECHNOLOGY GLOBAL | | None | J | T | | | | | |
| 2. SUPPORTSAVE SOLUTIONS-<br>NAME CHANGE TO GOLDEN TIME<br>NETWORK MARKETING | | None | J | T | | | | | |
| 3. DEUTSCHE BANK AG | | None | K | T | | | | | |
| 4. RESEARCH IN MOTION | | None | K | T | | | | | |
| 5. JAGUAR ANIMAL HEALTH, INC. | | None | | | Buy | 02/11/20 | J | | |
| 6. JAGUAR ANIMAL HEALTH, INC. | | None | L | T | Sold (part) | 11/13/20 | J | | |
| 7. SCHWAB ACCOUNT - ▨ - PIMCO<br>CORPORATE OPPORTUNITY | A | Dividend | J | T | | | | | |
| 8. SCHWAB ACCOUNT - ▨ - AT&T,<br>INC. | A | Dividend | J | T | | | | | |
| 9. SCHWAB ACCOUNT - ▨ -<br>GENERAL MOTORS CO. | A | Dividend | J | T | | | | | |
| 10. APPLE, INC. | B | Dividend | | | Sold | 03/24/20 | K | C | |
| 11. AT&T, INC | C | Dividend | | | Sold | 12/03/20 | K | | |
| 12. CATERPILLAR, INC. | A | Dividend | J | T | | | | | |
| 13. FORD MOTOR | B | Dividend | | | Buy | 02/06/20 | J | | |
| 14. FORD MOTOR | B | Dividend | L | T | Sold (part) | 03/17/20 | K | | |
| 15. INTERNATIONAL BUSINESS<br>MACHINES, INC. (IBM) | B | Dividend | K | T | | | | | |
| 16. TESLA, INC. | | None | P1 | T | Buy | 02/05/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  TESLA, INC | | None | P1 | T | Sold (part) | 06/19/20 | O | G | |
| 18.  BOEING, INC. | A | Dividend | J | T | | | | | |
| 19.  DOW, INC. | B | Dividend | K | T | Buy | 01/15/20 | K | | |
| 20.  McDONALDS CORP. | A | Dividend | J | T | | | | | |
| 21.  AMAZON INC. COMMON | | None | L | T | | | | | |
| 22.  AMAZON INC. COMMON | | None | L | T | Sold (part) | 03/23/20 | L | D | |
| 23.  BP ADR | A | Dividend | | | Buy | 07/30/20 | J | | |
| 24.  BP ADR | | None | | | Sold | 11/16/20 | J | | |
| 25.  H&R BLOCK COMMON | B | Dividend | J | T | Buy | 02/03/20 | K | | |
| 26.  H&R BLOCK COMMON. | B | Dividend | J | T | Buy (add'l) | 12/21/20 | J | | |
| 27.  H&R BLOCK COMMON | | None | J | T | Sold (part) | 09/04/20 | J | | |
| 28.  FEDEX CORP | A | Dividend | J | T | Buy | 02/03/20 | K | | |
| 29.  FEDEX CORP | A | Dividend | J | T | Buy (add'l) | 05/13/20 | J | | |
| 30.  FEDEX CORP | | None | | | Sold (part) | 03/19/20 | J | | |
| 31.  GILEAD SCIENCES | | None | | | Buy | 02/05/20 | K | | |
| 32.  GILEAD SCIENCES | A | Dividend | | | Buy (add'l) | 06/08/20 | J | | |
| 33.  GILEAD SCIENCES | | None | J | T | Sold (part) | 11/20/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORGLE, CHARLES R.** | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. OCCIDENTAL PETROLEUM-WARRANT | A | Dividend | | | Buy | 04/17/20 | J | | |
| 35. OCCIDENTAL PETROLEUM-WARRANT | | None | J | T | Sold (part) | 08/04/20 | J | A | |
| 36. REGENERON PHARMACEUTICALS | | None | | | Buy | 04/12/20 | J | | |
| 37. REGENERON PHARMACEUTICALS | | None | | | Buy (add'l) | 10/12/20 | J | | |
| 38. REGENERON PHARMACEUTICALS | | None | | | Sold | 10/30/20 | J | | |
| 39. SALESFORCE, INC. | | None | | | Buy | 04/17/20 | K | | |
| 40. SALESFORCE, INC. | | None | | | Buy (add'l) | 09/08/20 | K | | |
| 41. SALESFORCE, INC. | | None | | | Sold | 12/03/20 | K | | |
| 42. UNITED STATES STEEL | | None | | | Buy | 01/05/20 | K | | |
| 43. UNITED STATES STEEL | | None | | | Buy (add'l) | 01/15/20 | K | | |
| 44. UNITED STATES STEEL | | None | | | Sold | 03/17/20 | J | | |
| 45. VIATRIS INC | | None | | | Buy | 08/13/20 | J | | |
| 46. VIATRIS INC | | None | J | T | Sold (part) | 11/20/20 | J | A | |
| 47. GENERAL STEEL HOLDINGS INC | | None | | | Buy | 04/17/20 | L | | |
| 48. GENERAL STEEL HOLDINGS INC | | None | J | T | Sold (part) | 12/08/20 | J | | |
| 49. JAGUAR HEALTH INC | | None | | | Buy | 04/17/20 | M | | |
| 50. JAGUAR HEALTH INC | | None | | | Sold | 11/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. TIFFANY & CO | | None | J | T | Buy | 01/03/20 | K | | |
| 52. TIFFANY & CO. | A | Dividend | J | T | Buy<br>(add'l) | 09/09/20 | J | | |
| 53. TIFFANY & CO | | None | J | T | Sold<br>(part) | 03/18/20 | K | D | |
| 54. WALMART INC | A | Dividend | | | Buy | 01/02/20 | K | | |
| 55. WALMART INC | A | Dividend | | | Sold | 06/17/20 | K | D | |
| 56. BOEING CO. | | None | J | T | Buy | 01/15/20 | J | | |
| 57. GOLDEN TIME NETWORK | | None | J | T | Buy | 01/15/20 | J | | |
| 58. EXXON-MOBIL | B | Dividend | K | T | Buy | 03/05/20 | J | | |
| 59. JPMORGAN CHASE | B | Dividend | L | T | Buy | 03/06/20 | K | | |
| 60. CITIGROUP INC | A | Dividend | K | T | Buy | 05/13/20 | J | | |
| 61. OCCIDENTAL PETROLEUM COM | A | Dividend | K | T | Buy | 05/06/20 | K | | |
| 62. GOLDMAN SACHS GRP | A | Dividend | L | T | Buy | 07/29/20 | J | | |
| 63. MODERNA, INC. | | None | N | T | Buy | 07/15/20 | K | | |
| 64. CHEVRON CORP. | A | Dividend | K | T | Buy | 08/27/20 | J | | |
| 65. NORTHERN TRUST CORP. 4.7 DEP SHS | A | Dividend | J | T | Buy | 08/19/20 | J | | |
| 66. PFIZER, INC | A | Dividend | K | T | Buy | 08/13/20 | J | | |
| 67. ELECTROCORE, INC. | | None | K | T | Buy | 09/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68.  HONEYWELL, INT'L | A | Dividend | K | T | Buy | 09/10/20 | J | | |
| 69.  ELI LILLY & CO. | A | Dividend | J | T | Buy | 10/27/20 | J | | |
| 70.  NIO, INC. | | None | J | T | Buy | 10/02/20 | J | | |
| 71.  NOVAGOLD RESOURCES | | None | J | T | Buy | 10/12/20 | J | | |
| 72.  SPDR GOLD TRUST | | None | J | T | Buy | 10/12/20 | J | | |
| 73.  STARBUCKS CORP | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 74.  ETF SERIES SOLUTIONS US GLB JETS ETF | A | Dividend | J | T | Buy | 12/02/20 | J | | |
| 75.  WALGREENS BOOTS ALLIANCE, INC. | | None | J | T | Buy | 12/15/20 | J | | |
| 76.  MACY'S | | None | K | T | Buy | 09/30/20 | J | | |
| 77.  NIKOLA CORP. | | None | J | T | Buy | 11/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 5/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 5/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES R. NORGLE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544